NELLIE M. KALABRY, Respondent, v. GEORGE M. KALABRY, Appellant.— Motion granted and appeal dismissed, with $10 motion costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES THOMAS BEGUE, Also Known as JAMES T. CARTER, Appellant.— Motion granted and appeal dismissed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELIJAH DRAKE, Appellant.— Motion granted and appeal dismissed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES HEARNS, Appellant.— Motion granted and appeal dismissed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT WENDELL HOLMES, Appellant.— Motion granted and appeal dismissed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS KIRCHNER, Appellant.— Motion granted and appeal dismissed.